UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON DAVID, et al., <br>           Plaintiffs, <br>     v. <br> DII INDUSTRIES, LLC ASBESTOS PI TRUST, <br>           Defendant. | Case No. 18-cv-01125-WHO <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 13 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 29, 2018

                                            WILLIAM H. ORRICK <br>
                                            United States District Judge